UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------
Seamus McDermott,

     Plaintiff,

    -against-

Commissioner of S.S.A.,
     Defendant.
-----------------------------------
FEUERSTEIN, J.

**ORDER**
CV-14-2747 (SJF)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★    MAY 1 9 2014    ★

LONG ISLAND OFFICE

Schedule:

| | |
|---|---|
| Defendant to obtain and serve administrative record on plaintiff by | <u>August 22, 2014</u> |
| Motion for judgment on the pleadings to be **served on plaintiff** by | <u>September 22, 2014</u> |
| Plaintiff's response papers to be served on defendants by | <u>October 22, 2014</u> |
| Defendant to file fully briefed motion and administrative record with the Court by | <u>November 21, 2014</u> |

       Plaintiff filed the complaint on <u>5/1/2014</u>. The parties are directed to adhere to the following policies, which the Eastern District of New York's Board of Judges has adopted for expediting the disposition of Social Security cases.

1.     Defendant shall proceed promptly to obtain the administrative record of the proceedings below, and shall serve it on plaintiff along with its answer not later than 90 days after the complaint was filed, unless an extension is granted by order of the Court on good cause shown. If defendant is unable to file the record by that date, then the Court should be

notified in writing by that date. Such notification should include a request for an extension which specifies a date and demonstrates the good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it.

2.    Defendant shall move for judgment on the pleadings, unless otherwise directed by the Court, within 60 days after receipt of the administrative record (which is 150 days after the filing of the complaint), whichever is earlier. If this is not possible, the Court should be notified in writing by whichever of the above dates is earlier. Such notification should include a request for an extension which specifies a date and demonstrates good cause for the extension.

3.    It is Ordered that the Plaintiff in this proceeding be and is hereby permitted to prosecute said proceeding to conclusion without prepayment of fees or costs or security therefor; and the United States Marshals Service is directed to serve the complaint on the United States Attorney.

SO ORDERED.

s/ Sandra J. Feuerstein

Sandra J. Feuerstein
United States District Judge

DATED:    Central Islip, N.Y.
             May 19, 2014